# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERTRUDE H. ALLEN, ET AL.,** <br> Plaintiffs, <br> vs. <br> **LEGAL&GENERAL AMERICA, INC., ET AL.,** <br> Defendants. | CASE NO. 19-cv-04729-YGR <br><br> **ORDER GRANTING MOTION TO TRANSFER** <br> Re: Dkt. No. 37 |

On October 31, 2019, defendants filed a motion to transfer this case to the United States District Court for the District of Maryland. (Dkt. No. 37.) Plaintiffs filed an opposition on November 25, 2019, after which defendants filed a reply brief on December 14, 2019. (Dkt. Nos. 47, 50.)

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record on December 14, 2019, the Court **GRANTS** defendants' motion to transfer to the United States District Court for the District of Maryland. The Clerk is directed to transfer the file.

This Order terminates Dkt. No. 37.

**IT IS SO ORDERED.**

Dated: January 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**